UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION


RENEE McHENRY                                    )
(Social Security No. XXX-XX-3440),               )
                                                 )
                          Plaintiff,             )
                                                 )
              v.                                 )     4:09-cv-117-WGH-RLY
                                                 )
MICHAEL J. ASTRUE, Commissioner of the           )
Social Security Administration,                  )
                                                 )
                          Defendant.             )


## FINAL JUDGMENT ENTRY

The final decision of the Commissioner in this case is **AFFIRMED.** The

plaintiff's Complaint is **DISMISSED.** Each party shall bear its own costs.


**Entered:** September 29, 2010

                                          _____
                                          William G. Hussmann, Jr.
Laura Briggs, Clerk                       United States Magistrate Judge
U.S. District Court                       Southern District of Indiana


By:_____
            Deputy Clerk



**Electronic copies to:**

Timothy J. Vrana                          Thomas E. Kieper
tim@timvrana.com                          UNITED STATES ATTORNEY'S OFFICE
                                          tom.kieper@usdoj.gov